UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DISABILITY RIGHTS NEW YORK, CARLOS
LEON AND STEPHANIE DIAZ, on behalf of
themselves and all others similarly situated,

                   Plaintiffs,

                   v.

THE CITY OF NEW YORK, NEW YORK CITY
POLICE DEPARTMENT, NEW YORK CITY
DEPARTMENT OF TRANSPORTATION, ERIC
ADAMS in his official capacity as Mayor of the City
of New York, KEECHANT L. SEWELL, in her
official capacity as Commissioner of the New York
Police Department, and YDANIS RODRIGUEZ, in
his official capacity as Commissioner of the New
York City Department of Transportation,

                   Defendants.

**ORDER**

22 Civ. 4493 (ER)

Ramos, D.J.:

      For the reasons set forth on the record at today's hearing, plaintiffs' request for a

preliminary injunction is denied.  The Clerk of Court is respectfully directed to terminate the

motion, Doc. 16.

      It is SO ORDERED.

Dated:   June 9, 2022
        New York, New York

                                                   Edgardo Ramos, U.S.D.J.