UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CARLOS LEON and STEPHANIE DIAZ, *on behalf of themselves and all others similarly situation*,

                          Plaintiffs,

and

DISABILITY RIGHTS NEW YORK,

                          Plaintiff,

    - against -

THE CITY OF NEW YORK, NEW YORK CITY POLICE DEPARTMENT (NYPD), NEW YORK CITY DEPARTMENT OF TRANSPORTATION (DOT), NEW YORK CITY MAYOR ERIC ADAMS, NYPD COMMISSIONER KEECHANT SEWELL, AND DOT COMMISSIONER YDANIS RODRIGUEZ,

                          Defendants.

No. 22-CV-04493 (ER)

**NOTICE OF WITHDRAWAL OF COUNSEL**

**PLEASE TAKE NOTICE** that, pursuant to Rule 1.4 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Emma Noftz Stern, request the withdrawal of my appearance as counsel for Plaintiffs, and further request removal from the Court's electronic filing notification system for this action. As of February 3, 2023, I will no longer be employed by Disability Rights New York. Disability Rights New York will remain counsel of record for the Plaintiffs in this action.

Date:   February 3, 2023
        Brooklyn, NY

                                                  Respectfully submitted,

                                                  *Emma Noftz Stern*

                                                  Emma Noftz Stern, Esq.
                                                  Disability Rights New York
                                                  25 Chapel Street, Suite 1005
                                                  Brooklyn, NY 11201
                                                  (929) 545-0387
                                                  emma.stern@drny.org

                                                  *Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 3, 2023, the foregoing Notice of Withdrawal of Counsel was filed electronically. Notification of this filing will be sent to all parties via the Court's CM/ECF system.

Dated: February 3, 2023

                By:

                    *Emma Noftz Stern*

                    Emma Noftz Stern, Esq.
                    Disability Rights New York
                    25 Chapel Street, Suite 1005
                    Brooklyn, NY 11201