UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
DISABILITY RIGHTS NEW YORK, *et al.,*

                Plaintiffs,

     -against-

THE CITY OF NEW YORK, *et al.,*

                Defendants.
-------------------------------------------------------------X

**Mediation Referral Order**

22 Civ. 4493 (ER)

Ramos, D.J.:

    It is hereby ORDERED that this case is referred for mediation to the Court-annexed Mediation Program. The parties are notified that Local Rule 83.9 shall govern the mediation and are directed to participate in the mediation in good faith. The mediation will have no effect upon any scheduling Order issued by this Court without leave of this Court.

SO ORDERED.

Dated: New York, New York
       January 23, 2024

                                                   Edgardo Ramos, U.S.D.J.